NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IGT,**

*Appellant*

**v.**

**ZYNGA INC.,**

*Appellee*

---

2023-2365

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00368.

---

**JUDGMENT**

---

MICHAEL DAVID GANNON, Baker & Hostetler LLP, Chicago, IL, argued for appellant. Also represented by JENNIFER KURCZ, LEIF R. SIGMOND, JR.; CHARLES C. CARSON, ROBERT LOUIS HAILS, JR., Washington, DC; DANIEL J. GOETTLE, JEFFREY LESOVITZ, Philadelphia, PA.

ALYSSA MARGARET CARIDIS, Orrick, Herrington & Sutcliffe LLP, Los Angeles, CA, argued for appellee. Also represented by RACHAEL JENSEN, Austin, TX; JOSEPH

RAYMOND KOLKER, New York, NY; ELIZABETH MOULTON, CLEMENT ROBERTS, San Francisco, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 3, 2025
Date

Jarrett B. Perlow
Clerk of Court